UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

ALASKA STRUCTURES, INC., an Alaska
Corporation,

        Plaintiff,                             Case No.: 3:12cv502 MCR/CJK

v.

UTILIS USA, LLC, a Florida Limited
Liability Company,

        Defendant.
_____

## JOINT STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS

Alaska Structures, Inc. ("AKS") and Utilis USA, LLC ("Utilis"), pursuant to F.R.C.P. 41(a) and 41(c), hereby stipulate and agree to the dismissal, with prejudice, of all claims and causes of action asserted or that could be asserted by AKS and all counterclaims and causes of action asserted or that could be asserted by Utilis, in the above-captioned action.

Dated this 18th day of December, 2012.        Respectfully submitted,

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
1450 Brickell Avenue, 23rd Floor
Miami, Florida 33131-3456
(305) 374-7580 (telephone)
(305) 374-7593 (facsimile)

*Counsel for Plaintiff/Counter-Defendant*

By: /s/ Justin Brenner_____
    **Marty Steinberg, Esq.** (FBN 187293)
    msteinberg@bilzin.com
    **Justin Brenner, Esq.** (FBN 94216)
    jbrenner@bilzin.com

**DAVID S. WILLIG, CHARTERED**
2837 SW 3rd Avenue
Miami, Florida 33129
(305) 860-1881 (telephone)

*Counsel for Defendant/Counter-Claimant*

By: /s/ David S. Willig_____
    **David S. Willig, Esq.** (FBN 779539)
    dswillig@aol.com

MIAMI 3398317.1 80117/41568

2

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing was served by electronic filing using the CM/ECF filing system on December 18, 2012 on:  David S. Willig, Esq., DAVID S. WILLIG, CHARTERED, attorney for Defendant, 2837 SW 3rd AVE, Miami, FL 33129, Tel. (305) 860-1881, Fax 305-860-1882, Email: dswillig@aol.com.


                              By: *s/ Justin Brenner*_____
                                  Justin Brenner