UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALASKA STRUCTURES INC

    VS                                          CASE NO.  3:12cv502-MCR/CJK

UTILIS USA LLC

### CLERK'S DISMISSAL

Upon JOINT STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS filed herein, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same hereby is, dismissed with prejudice.

                                                    Jessica J. Lyublanovits
                                                  Clerk of Court

 December 19, 2012
DATE                                           s/ Donna Bajzik
                                                  Deputy Clerk